THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND WHITE, Appellant.—

Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.